# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR., | ) Case No. CV 17-1947-PA (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Habeas Petition And Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 2, 2017

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE